UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE LANDIN, JR. and EDUARDO MURILLO,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC.,<br><br>Defendants. | No. 1:15-cv-01416-TLN-SKO<br><br>**NOTICE OF RELATED CASE ORDER** |
| CORY BARRETT HALL,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC.,<br>Defendants. | No. 1:15-cv-01484-TLN-SAB |
| FRANCICSO FLORES and ANTHONY BUSTOS-CABRERA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC.,<br><br>Defendants. | No. 1:15-cv-01521-DAD-SKO |

1

| | | |
|---|---|---|
| 1 | JOSEPH JOSHUA DAVIS, et al. | No. 1:15-cv-01544-DAD-SAB |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., | |
| 5 | Defendants. | |
| 6 | ---------------------------------------------------- | |
| 7 | JAMES K. GRIMES and CARLOS RAMOS, | No. 1:15-cv-01596-KJM-BAM |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., Defendants. | |
| 13 | STEPHANIE MCBRIDE, et al., | No. 2:15-cv-01965 KJN-EFB |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., | |
| 18 | Defendants. | |
| 19 | LAWRENCE ELKINS, et al., | No. 2:15-cv-02075-TLN-CMK |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., | |
| 23 | Defendants. | |
| 24 | HERNAN PAEZ, et al., | No. 2:15-cv-02149-KJM-AC |
| 25 | Plaintiffs, | |
| 26 | v. | |
| 27 | COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., | |

| | |
|---|---|
| Defendants. | |
| KRIS COOK, et al., | No. 2:15-cv-02152-TLN-KJN |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., Defendants. | |
| KEVIN HUFFMAN, et al., | No. 2:15-cv-02186-WBS-KJN |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION and COMCAST OF CONTRA COSTA, INC., | |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the actions denominated 1:15-cv-01484-TLN-SAB, 1:15-cv-01521-DAD-SKO, 1:15-cv-1544-DAD-SAB, 1:15-cv-1596-KJM-BAM, 2:15-cv-1965-KJM-EFB, 2:15-cv-2075-TLN-CMK, 2:15-cv-2149-KJM-AC, 2:15-cv-2152-TLN-KJN, and 2:15-cv-2186-WBS-KJN are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Sheila K. Oberto for all further proceedings.  Any dates currently set in the reassigned cases are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned cases shall be shown as: 1:15-cv-01484-TLN-SKO, 1:15-cv-01521-TLN-SKO, 1:15-cv-1544-TLN-SKO, 1:15-cv-1596-TLN-SKO, 2:15-cv-1965-TLN-SKO,

2:15-cv-2075-TLN-SKO, 2:15-cv-2149-TLN-SKO, 2:15-cv-2152-TLN-SKO, and 2:15-cv-2186-TLN-SKO.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated:  January 15, 2016

Troy L. Nunley
United States District Judge